**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Etelvina Marleny Lopez Lopez, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 26-CV-11224-AK |
| v. | ) | |
| | ) | |
| Antone Moniz, et al, | ) | |
| | ) | |
| Defendant (s). | ) | |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 15] entered on 4/1/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 4/9/2026                                               By the Court,

                                                        /s/ Courtney Horvath
                                                        Deputy Clerk